## Commonwealth *v.* Evans, Appellant.

Submitted September 8, 1969. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence is amended to allow defendant credit for the time spent in prison (October 8 to October 16, 1968, or a period of eight days) prior to the imposition of sentence on May 9, 1969. As amended, the judgment of sentence is affirmed.